237 P.2d 640

**Andrew J. ROBERTSON, appellant, v. J. H. McNEILL, Floyd A. Ford, and Douglas H. Clark as members of and constituting the Civil Service Board of the City of Phœnix, appellees.**

No. 5320.

Supreme Court of Arizona.

Nov. 26, 1951.

Aaron Kinney, Phoenix, for appellant.

Jack Choisser, City Atty., Laurence H. Whitlow and Jack D. H. Hays, Asst. City Attys., Phoenix, for appellees.

PER CURIAM.

The facts being identical the instant appeal is governed by the principles announced in the case of McNeill v. Marberry, 1951, 72 Ariz. 128, 231 P.2d 754. The trial court did not err in affirming the order of dismissal of the Civil Service Board which removed the appellant from his employment with the city of Phoenix.

Judgment affirmed.

UDALL, C. J., and STANFORD, PHELPS, DE CONCINI and LA PRADE, JJ., concur.